IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV65

| | |
|---|---|
| IN RE: ) | |
| ) | |
| J.A. JONES, INC., et al., ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| THE LIQUIDATION COMMITTEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DONALD R. LUGAR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court upon Defendant's Motion to Withdraw Reference, filed February 15, 2006. For good cause shown,

IT IS THEREFORE ORDERED that Defendant's motion is hereby GRANTED, and the court hereby withdraws the reference of the above-captioned adversary proceeding from the United States Bankruptcy Court to this court, for trial only. All pre-trial proceedings will remain before the Bankruptcy Court. At the conclusion of all pre-trial proceedings, the Bankruptcy Court shall certify to this court that the case is ready for trial.

Signed: July 17, 2006

Graham C. Mullen
United States District Judge